## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**Ali Zolali, et al.,**

      Plaintiffs,

      v.

**United States Citizenship and
Immigration Services, et al.,**

      Defendants.

**CIVIL ACTION NO.: 2:26-CV-11550-SDK-EAS**

**MOTION FOR WAIVER OF LOCAL COUNSEL**

**Hon. Shalina D. Kumar**

### ORDER GRANTING MOTION FOR WAIVER OF LOCAL COUNSEL

This matter having come before the Court on Zachary R. New's Motion for Waiver of Local Counsel; the Court having reviewed the motion; and the Court being otherwise fully advised;

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Zachary R. New is relieved from the requirement to designate local counsel under Eastern District of Michigan Local Rule 83.20(f)(1) in this matter.

IT IS SO ORDERED.


Dated: June 12, 2026

      s/Shalina D. Kumar
      Hon. Shalina D. Kumar
      United States District Judge